JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. ARZATE, | ) Case No. CV 16-00093-DOC (DTB) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| LOS ANGLES SHERRIF DEPT FRAUD AND COURPTION, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 6, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1